**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SUN YEUL HONG,

                Plaintiff,

        -against-

MOMMY'S JAMAICAN MARKET CORP., KAP
WON KIM, MYONG SU KIM, DAE KYU KIM,

                Defendants.
-------------------------------------------------------------X

20 **CIVIL** 9612 (LJL)

## JUDGMENT

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 15, 2021, the Court concludes that Plaintiff is entitled to relief on his claims for back wages, including unpaid spread-of-hours pay, for wage-notice and wage-statement violations, and for attorneys' fees and costs. Judgment is entered reflecting the Court's holding and setting forth Plaintiff's damages as follows: $93,393.48 in back wages under the NYLL, with 9% prejudgment interest accruing from October 18, 2017, in the amount of $33,575.60; $93,393.48 in liquidated damages; and $5,000 for Defendants' violation of NYLL § 195(3).  The Court has also awarded attorneys' fees in the amount of $14,800.00 and costs in the amount of $909.00. "[I]f any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after the expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent." NYLL § 198(4). The Court also awards post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York

      October 15, 2021

                            **RUBY J. KRAJICK**
                           _____
                              **Clerk of Court**

            **BY:**    K. mango
                            _____
                              **Deputy Clerk**