```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SUN YEUL HONG,                                                   :
                                                                 :
                              Plaintiff,                         :
                                                                 :        20-cv-9612 (LJL)
        -v-                                                      :
                                                                 :        ORDER
MOMMY'S JAMAICAN MARKET CORP., KAP WON                           :
KIM, MYONG SU KIM, DAE KYU KIM,                                  :
                                                                 :
                              Defendants.                        :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/8/2021__

LEWIS J. LIMAN, United States District Judge:

The Court will hear the parties on Defendants' motion to vacate the default judgment. Defendants should be prepared to address the question whether there exists evidence of a meritorious defense to the New York Labor Law claims upon which the Court granted relief pursuant to the default judgment. Oral argument will be heard telephonically on December 15, 2021 at 3:30 p.m. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: December 8, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge