```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SUN YEUL HONG,                                                    :
:
:
Plaintiff,                                      :
:           20-cv-9612 (LJL)
-v-                                         :
:              ORDER
MOMMY'S JAMAICAN MARKET CORP., KAP WON  :
KIM, MYONG SU KIM, DAE KYU KIM,                                   :
:
Defendants.                                     :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

By Order of May 11, 2022, the Court granted Plaintiff's motion for attorneys' fees and directed Defendants to pay Plaintiff's counsel, Ryu & Ryu, PLC, $10,890.90 by July 11, 2022. Dkt. No. 44. As discussed at today's telephone conference, the deadline for Defendants to pay Plaintiff's counsel is adjourned to August 12, 2022.

SO ORDERED.

Dated: May 26, 2022
       New York, New York                      _____
                                                    LEWIS J. LIMAN
                                                United States District Judge