UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUN YEUL HONG,

          Plaintiff,

-v-

          CIVIL ACTION NO.: 20 Civ. 9612 (LJL) (SLC)

**ORDER**

MOMMY'S JAMAICAN MARKET CORP., KAP WON KIM, MYONG SU KIM, and DAE KYU KIM,

          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is corresponding with the parties via email in order to schedule a settlement conference. Accordingly, the telephone conference scheduled for Wednesday, June 15, 2022 at 2:00 pm is CANCELLED, and Defendants' request to adjourn the telephone conference (ECF No. 51) is DENIED as moot.

The Clerk of Court is respectfully directed to close ECF No. 51.

Dated:    New York, New York
          June 14, 2022

          SO ORDERED.

          _____
          SARAH L. CAVE
          United States Magistrate Judge