UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUN YEUL HONG,

                Plaintiff,

-v-

MOMMY'S JAMAICAN MARKET CORP., KAP WON KIM, MYONG SU KIM, and DAE KYU KIM,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9612 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the <u>ex parte</u> telephone conferences with counsel held yesterday, July 18, 2022, by **September 14, 2022**, the parties shall file a joint letter indicating whether they wish for the Court to conduct a settlement conference.

Dated:    New York, New York
           July 19, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**