```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SUN YEUL HONG,                                                   :
                                                                 :
                              Plaintiff,                         :
                                                                 :      20-cv-9612 (LJL)
          -v-                                                    :
                                                                 :         ORDER
MOMMY'S JAMAICAN MARKET CORP., et al.,                           :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/30/2023

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of two letters from Plaintiff Sun Yeul Hong ("Plaintiff") requesting that the Court correct the numbering of certain exhibits referenced in its memoranda of law and reply memoranda of law in support of his motions for summary judgment and to set aside the Court's decision vacating Plaintiff's default judgment. *See* Dkt. Nos. 104, 105. Defendants oppose this request and, in the alternative, request two weeks to revise, and reimbursement of costs associated with revising, their memoranda in opposition to Plaintiff's motions. *See* Dkt. Nos. 106, 107.

The Court will refer to the exhibit numbers provided by Plaintiff in Dkt. Nos. 104 and 105, but will not otherwise modify Plaintiff's briefing and supporting documents. Defendants are permitted to submit revised memoranda of law in opposition to Plaintiff's motions on or before February 6, 2023, but *only* with respect to any errors identified as a result of Plaintiff's corrections. The request for reimbursement is denied.

    SO ORDERED.

Dated: January 30, 2023                          _____
       New York, New York                               LEWIS J. LIMAN
                                                 United States District Judge