```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SUN YEUL HONG, :
:
Plaintiff, :
: 20-cv-9612 (LJL)
-v- :
: ORDER
MOMMY'S JAMAICAN MARKET CORP., KAP WON :
KIM, MYONG SU KIM, DAE KYU KIM, :
:
Defendants. :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Defendants move to reschedule the evidentiary hearing currently scheduled for May 18, 2023 at 2:00 p.m.  The motion is GRANTED.  The evidentiary hearing will now proceed on May 19, 2023 at 12:00 p.m.  The request to extend the time for the parties to submit letters detailing the evidence, if any, that each party intends to present during the evidentiary hearing is DENIED.  The parties' letters will be due May 16, 2023 at 5:00 p.m.

     For the benefit of the parties, the only factual issue that the Court intends to take testimony and receive evidence on relates to Peter Y. Lee's involvement in this matter and the "estate planning work," Dkt. No. 90 at 1, he performed for Defendants Kap Won Kim and Myong Su Kim, including when Mr. Lee was retained in the estate planning matter, the services for which he was retained, his qualifications to perform those services, the nature and purpose of the real-estate transaction, and the date he was retained in the FLSA matter and his knowledge of the FLSA matter before he entered an appearance in this case.  The principal witnesses will be Defendants Kap Won Kim and Myong Su Kim and, if necessary, Mr. Lee.  Should Mr. Lee testify, Defendants should be prepared to have another attorney for Defendants conduct the examination.  Each party will provide their own interpreter, if necessary.  The hearing will be held in person in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

     Defendants also request that the Court extend the deadline for the joint pretrial order currently due on May 12, 2023.  That request is DENIED.

     SO ORDERED.

Dated: May 10, 2023
      New York, New York                        _____
                                                         LEWIS J. LIMAN
                                                   United States District Judge