```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SUN YEUL HONG, :
:
:
Plaintiff, :
: 20-cv-9612 (LJL)
-v- :
: ORDER
:
MOMMY'S JAMAICAN MARKET CORP., KAP WON :
KIM, MYONG SU KIM, DAE KYU KIM, :
:
Defendants. :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Before the Court are two motions related to the evidentiary hearing on May 19, 2023 and the trial on June 5, 2023.  First, Plaintiff moves to compel discovery in connection with the evidentiary hearing.  Dkt. No. 122.  Defendants oppose that motion on the grounds that discovery in this case is closed.  Dkt. No. 123.  Plaintiff's motion is granted.  Defendants shall produce the requested documents on or before Thursday, May 18, 2023 at 5:00 p.m.  The motion is without prejudice to Defendants objecting to the production of any of the requested documents on privilege or relevance grounds.  Should Defendants object to producing any of the documents, Defendants are directed to submit physical copies of the documents to the Chambers of Hon. Lewis J. Liman on or before May 19, 2023 at 10:00 a.m. for *in camera* review.

      Plaintiff moves for an extension of time to file his portion of the Joint Pretrial Order that was due on May 12, 2023.  Dkt. No. 125.  The Court takes Plaintiff's motion for an extension of time to May 17, 2023 under advisement.  Plaintiff must file his portion of the proposed Joint Pretrial Order on ECF by 5:00 p.m. on May 17, 2023.  Failure to do so will alone be grounds for denial of the motion to file the Joint Pretrial Order out of time.  Plaintiff should be prepared to address during the evidentiary hearing on May 19, 2023, the question why the Court should not impose sanctions on Plaintiff under Federal Rule of Civil Procedure 16 for violation of the Court's scheduling order, including precluding Plaintiff from offering evidence at trial.

      SO ORDERED.

Dated: May 15, 2023
       New York, New York
                                                LEWIS J. LIMAN
                                                United States District Judge