```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SUN YEUL HONG,                                                     :
:
:
Plaintiff,                                                         :
:        20-cv-9612 (LJL)
-v-                                                                :
:        ORDER
:
MOMMY'S JAMAICAN MARKET CORP., KAP WON         :
KIM, MYONG SU KIM, DAE KYU KIM,                                    :
:
Defendants.                                                        :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court intends to proceed with the evidentiary hearing on May 19, 2023. The parties should be prepared to address at the conclusion of the evidentiary hearing what affect, if any, the bankruptcy of Kap Won Kim and Myong Su Kim has on this case and the pending motions. The parties are directed to adhere to all previously scheduled deadlines.

    SO ORDERED.

Dated: May 17, 2023
       New York, New York
                                              LEWIS J. LIMAN
                                       United States District Judge