UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
SUN YEUL HONG, :
:
:
Plaintiff, :
: 20-cv-9612 (LJL)
-v- :
: ORDER
:
MOMMY'S JAMAICAN MARKET CORP., KAP WON :
KIM, MYONG SU KIM, DAE KYU KIM, :
:
Defendants. :
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held an evidentiary hearing on the pending Motion to set aside the Court's order vacating the default judgment. Dkt. No. 83. For the reasons stated on the record, that motion is DENIED. The Clerk of Court is respectfully directed to close Dkt. No. 83.

      Two of the four defendants in this case, Defendants Kap Won Kim and Myong Su Kim, filed a petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey. The Court will stay this case pending the resolution of the bankruptcy proceedings. The parties are directed to file a status update 90 days from the date of this Order and every 60 days thereafter. The parties are also directed to file a letter requesting a conference within seven days of the confirmation of the Chapter 13 bankruptcy plan. The Clerk of Court is respectfully directed to stay this action.

      SO ORDERED.

Dated: May 22, 2023
       New York, New York

                                                LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2023