```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SUN YEUL HONG, :
:
Plaintiff, :
:  20-cv-9612 (LJL)
-v- :
:  ORDER
MOMMY'S JAMAICAN MARKET CORP., KAP WON :
KIM, MYONG SU KIM, DAE KYU KIM, :
:
Defendants. :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Plaintiff has alerted the Court that the bankruptcy stay as to Defendants Kap Won Kim and Myong Su Kim has been lifted.  Dkt. No. 154.  Accordingly, the Clerk of Court is respectfully directed to lift the stay in this case.  The Court will hold an in-person conference in this matter on Tuesday, August 29, 2023 at 12:00 p.m. in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

     The parties should be prepared to discuss a schedule for this case and any upcoming trial. Dkt. Nos. 76, 80, 113, 117, and 140 all relate to the management of this case from before this case was stayed.  Thus, Dkt. Nos. 76, 80, 113, 117, and 140 are DENIED WITHOUT PREJUDICE to renewal should they remain relevant to the disposition of this case after the conference on August 29, 2023.  The Clerk of Court is respectfully directed to close Dkt. Nos. 76, 80, 113, 117, and 140.

     SO ORDERED.

Dated: August 18, 2023                     _____
      New York, New York                         LEWIS J. LIMAN
                                                         United States District Judge