```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SUN YEUL HONG,                                                   :
                                                                 :
                               Plaintiff,                        :
                                                                 :           20-cv-9612 (LJL)
        -v-                                                      :
                                                                 :               ORDER
MOMMY'S JAMAICAN MARKET CORP., KAP WON                           :
KIM, MYONG SU KIM, DAE KYU KIM,                                  :
                                                                 :
                               Defendants.                       :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

In connection with his motion for partial summary judgment, Dkt. No. 80, Plaintiff filed a Rule 56.1 Statement, Dkt. No. 82, as required by Local Rule 56.1. However, Plaintiff did not present the evidence submitted in connection with his Rule 56.1 Statement in a way that makes it possible for the Court to discern how the evidence corresponds to the exhibits cited in his Rule 56.1 Statement. Accordingly, Plaintiff is directed to refile the Rule 56.1 Statement (in a form identical to that at Dkt. No. 82) by September 7, 2023, with each exhibit cited in the Rule 56.1 Statement filed as a separate attachment to the Rule 56.1 Statement in the order in which the exhibit is cited and with titles consistent with that required under Section 3.D.i of the Court's Individual Practices in Civil Cases such that the subject (and not just the source) of the exhibit is clear (*i.e.*, that it is clear how the exhibit corresponds to an exhibit number referenced in the Rule 56.1 Statement). For example, Dkt. No. 82-25, which is titled "Exhibit Def. Dae Kyu Kim's Deposition Excerpt" provides no guidance on its own as to the significance of the attachment. It should instead be titled "Exhibit XX – Def. Dae Kyu Kim's Deposition Excerpt," where "XX" reflects the exhibit number given to that document in the Rule 56.1 Statement. No other changes will be permitted to the Rule 56.1 Statement or to the Exhibits.

Failure to comply with this Order and to file a Rule 56.1 Statement conforming to Section 3.D.i of the Court's Individual Practices in Civil Cases by September 7, 2023, may result in denial of the summary judgment for that procedural reason alone.

SO ORDERED.

Dated: September 5, 2023
       New York, New York                          _____
                                                         LEWIS J. LIMAN
                                                   United States District Judge