IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(Manhattan Division)

| | |
|---|---|
| Sun Yeul HONG,<br><br>                                    Plaintiff,<br>       -against-<br><br>MOMMY'S JAMAICAN MARKET CORP.,<br>Kap Won Kim,<br>Myong Su Kim, and<br>Dae Kyu Kim,<br>                                  Defendants. | Case Number: 1:20-cv-09612 |

**Judgment in a civil action**

This action was tried by a jury with Judge Lewis J. Liman presiding, from December 11, 2023, through December 13, 2023, and the jury rendered a verdict on December 13, 2023.

The court has ordered that, pursuant to the jury verdict, under the New York Labor Law, the plaintiff Sun Yeul Hong shall recover from, and is awarded a judgment against, the defendants Mommy's Jamaican Market Corp, Kap Won Kim and Myong Su Kim, jointly and severally, in the amount of Eighty-Six Thousand Five Hundred One and Zero/100 Dollars ($86,501.00).

The court has ordered that the plaintiff Hong may file a post-trial motion seeking the award of liquidated damages and other reliefs: attorney's fees and expenses, costs, and pre-judgment and post-judgment interests no later than January 12, 2024.

The court has also ordered that, pursuant to the jury verdict, all claims of the plaintiff Hong against the defendant Dae Kyu Kim, as asserted in the complaint, shall be dismissed with prejudice.

The court has also ordered that, any and all claims under the Fair Labor Standards Act of 1938, 29 U.S.C. §201, *et seq.*, asserted by the plaintiff Hong in this case shall be dismissed with

prejudice.

Date: 12/18/2023

_____
LEWIS J. LIMAN
United States District Judge