UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                       :
SUN YEUL HONG,                                                         :
                                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :
              -v-                                                      :
                                                                       :
MOMMY'S JAMAICAN MARKET CORP. et al.,                                  :
                                                                       :
                              Defendants.                              :
                                                                       :
------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/27/24___
```

20-cv-9612 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing today on Peter Lee's motion to withdraw as counsel for

defendants.  Dkt. No. 205.  The application of Mr. Lee is granted under Local Rule 1.4, which

provides that an attorney may be "relieved or displaced only by order of the Court and may not

withdraw from a case without leave of the Court granted by order," and that such an order "may

be granted only upon a showing . . . of satisfactory reasons for withdrawal."  S.D.N.Y. Local

Rule 1.4.  Mr. Lee has represented that he and Defendants have "differing interests," Dkt. No.

205-1, and at the hearing further confirmed that the he and his clients have "differing interests,"

thus warranting his withdrawal under the professional conduct rules of the state of New York,

*see* N.Y.S. Prof'l Conduct Rule 1.16; 1.7.  Joseph Barbiere, Esq. and Leo V. Leyva, Esq. of the

law firm Cole Schotz P.C. are substituted as counsel for defendants Kap Won Kim and Myong

Su Kim.  Because "corporations can only appear in court through an attorney, and may not

proceed *pro se*," *Hounddog Prods., L.L.C. v. Empire Film Grp., Inc.*, 767 F.Supp.2d 480, 486

(S.D.N.Y. 2011), Defendant Mommy's Jamaican Market Corp. is advised to retain counsel or

risk entry of default judgment, *see Grace v. Bank Leumi*, 443 F.3d 180, 192 (2d Cir. 2006)

("[W]here a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it.").

At the request of Kap Won Kim and Myong Su Kim, defendants' motion for sanctions, Dkt. No. 197, is deemed withdrawn, as are all papers filed by Mr. Lee in opposition to Plaintiff's motion for attorneys' fees, liquidated damages, prejudgment interest, post-judgment interest, and the statutory increase under New York Labor Law § 198(4), Dkt. No. 194.  The time for Defendants to respond to the motion at Dkt. No. 194 is extended to March 8, 2024.  In addition, Defendants shall file any motion for costs on behalf of Dae Kyu Kim by no later than March 8, 2024.  Plaintiff shall file a reply brief in further support of its motion by March 15, 2024.

SO ORDERED.

Dated:  February 27, 2024
        New York, New York
                                            _____
                                                    LEWIS J. LIMAN
                                            United States District Judge